# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEOFFREY PESCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN F. COPPINGER, in his official )<br>capacity as Essex County Sheriff, )<br>AARON EASTMAN, in his official )<br>capacity as Superintendent of the Essex )<br>County House of Corrections - Middleton, )<br>)<br>Defendants. )<br>) | C.A. No. 18-cv-11972-DJC |

## DEFENDANTS' RESPONSE TO SEPTEMBER 20, 2018 ORDER

Pursuant to the Court's September 20, 2018 Order (D. 25), Defendants file this response, as Plaintiff has refused to include in a proposed joint response Defendants' objections to a hearing before this Court on both September 24, 2018 and September 26, 2018. Defendants concur with Plaintiff's Response to September 20, 2018 Order *Factual Background,* but do not concur with their request for hearings.

Defendants do not agree to a hearing on either 9/24/18 or 9/26/18 for the following reasons:

1. Plaintiff has had ample time to file this complaint well in advance of any of his criminal proceedings, i.e., in Ipswich District Court on 9/24/18 and Lynn District Court on 9/26/18. Waiting until Thursday 9/20/18 to serve the Defendants with the Complaint and two motions (one for an expedited hearing, one for a temporary order) smacks of an attempt at subterfuge and leaves the Defendants at a disadvantage in addressing Plaintiff's claims;

1

2. Plaintiff literally presented Defendants with a box full of exhibits accompanying the Complaint and the two motions served today, which would take counsel all of the weekend and next week to review and coordinate a defense. The voluminous "paper dump" is—like the timeliness of the filing—evidence of a planned, coordinated filing designed to take advantage of the Plaintiff's upcoming criminal matters. The Defendants should not be prejudiced because of Plaintiff's specious and untimely filing.

3. Plaintiff has had a lengthy period of time to consult medical experts, gather analytical documentation, etc.,--but Defendants have not had that opportunity.

4. The ramifications of this case affect Essex County's policies, budget and daily operations. Allowing the Plaintiff to proceed with a hearing on either 9/24/18 or 9/26/18 prejudices the Defendant's ability to adequately address these issues.

Wherefore, Defendants request that this Court deny Plaintiff's request for hearings on September 24 and September 26, 2018.

> Respectfully submitted,
> Defendants Kevin Coppinger and Aaron Eastman,
> By their attorney,
>
> /Stephen C. Pfaff/
> Stephen C. Pfaff
> Louison, Costello, Condon & Pfaff, LLC
> 101 Summer Street
> Boston, MA 02110
> Tel.: 617.439.0305
> Fax.: 617.430.0325
> spfaff@lccplaw.com

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF

> Robert Frederickson III (BBO 670111)
> Michael Pickett (BBO 698618)
> GOODWIN PROCTER LLP
> 100 Northern Avenue
> Boston, Massachusetts 02210
> Tel.: 617.570.1000

Fax.: 617.523.1231
RFrederickson@goodwinlaw.com
MPickett@goodwinlaw.com

Ira Levy *(Pro hac vice* pending)
Alexandra Valenti *(Pro hac vice* pending)
Jenny Zhang (BBO 689838)
GOODWIN PROCTER LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018

Dated:   September 20, 2018

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies pursuant to Local Rule 7.1 that, counsel for Plaintiff has conferred with counsel for Defendants and Defendants join this notice.

/s/ Robert Frederickson III

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on September 20, 2018, the foregoing document, filed using the CM/ECF system, will be delivered by email to the following:

Stephen Pfaff
101 Summer Street
Fourth Floor
Boston, MA
spfaff@lccplaw.com

/s/ Robert Frederickson III