IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEOFFREY PESCE,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEVIN F. COPPINGER, in his official  )<br>capacity as Essex County Sheriff,  )<br>AARON EASTMAN, in his official  )<br>capacity as Superintendent of the Essex  )<br>County House of Corrections - Middleton,  )<br>  )<br>Defendants.  )<br>  ) | C.A. No. 18-cv-11972-DJC |

### NOTICE OF CONTINUANCES IN RELATED CRIMINAL AND PROBATION VIOLATION MATTERS

Counsel for Mr. Pesce hereby report that this morning, Judge Mori of the Ipswich District Court continued Mr. Pesce's criminal case to January 14, 2019.  Additionally, Attorney Amy Sixt, Mr. Pesce's counsel in the probation matter, today filed a new motion seeking a continuance of the violation hearing scheduled for September 26, 2018.  That motion was granted and Mr. Pesce's probation hearing has been continued to December 3, 2018.  A copy of the motion, endorsed with the allowance, is attached hereto as Exhibit A.

In accordance with the Court's September 21, 2018 order, the parties to this action will file a joint statement proposing a briefing and hearing schedule on Mr. Pesce's Emergency Motion for Temporary Restraining Order and Preliminary Injunction by close of business Wednesday, September 26, 2018.

Respectfully submitted,

GEOFFREY PESCE,

By his attorneys,

/s/ *Robert Frederickson III*
Robert Frederickson III (BBO 670111)
Michael Pickett (BBO 698618)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  617.570.1000
Fax.:  617.523.1231
RFrederickson@goodwinlaw.com
MPickett@goodwinlaw.com

Ira Levy (*Pro hac vice* pending)
Alexandra D. Valenti (*Pro hac vice* pending)
Jenny Zhang (BBO 689838)
GOODWIN PROCTER LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.:  212.813.8800
Fax:  212.355.3333
ILevy@goodwinlaw.com
AValenti@goodwinlaw.com
JZhang@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Jessie J. Rossman (BBO 670685)
Daniel L. McFadden (BBO 676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org

*Attorneys for Plaintiff*

Dated:   September 24, 2018

**Certificate of Service**

     I certify that this document was served on all counsel of record through the Court's CM/ECF system.

                                                */s/ Robert Frederickson III*
                                                Robert Frederickson III