### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEOFFREY PESCE, ) | |
| ) | C.A. No. 18-cv-11972-DJC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEVIN F. COPPINGER, in his official ) | |
| capacity as Essex County Sheriff, ) | |
| AARON EASTMAN, in his official ) | |
| capacity as Superintendent of the Essex ) | |
| County House of Corrections - Middleton, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO AMEND

In the Joint Statement Regarding Briefing and Hearing Schedule (D. 32), Defendants requested that the hearing on Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction be scheduled for November 19. The Court rejected that proposal and scheduled a hearing for November 5. (D. 34.) Nevertheless, Defendants waited until this afternoon—three days before their opposition is otherwise due—before approaching Plaintiff with the instant motion, again requesting the hearing take place on November 19. The motion advances the exact same argument that Defendants made in the Joint Statement. (D. 32 at 3.) Nothing has changed since the Court's September 28, 2018 Order (D. 34). For the same reasons articulated by Plaintiff in the joint filing, a November 19 hearing "gives the Court less time to review the papers submitted by the parties prior to the hearing, and affords the Court only two weeks (over the Thanksgiving holiday) to issue a ruling prior to Mr. Pesce's expected incarceration." (*Id.* at 2.)

Dated:   October 16, 2018            Respectfully submitted,

GEOFFREY PESCE,

By his attorneys,


/s/ *Robert Frederickson III*
Robert Frederickson III (BBO 670111)
Michael Pickett (BBO 698618)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  617.570.1000
Fax.:  617.523.1231
RFrederickson@goodwinlaw.com
MPickett@goodwinlaw.com

Ira Levy (*pro hac vice*)
Alexandra D. Valenti (*pro hac vice*)
Jenny Zhang (BBO 689838)
GOODWIN PROCTER LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.:  212.813.8800
Fax:  212.355.3333
ILevy@goodwinlaw.com
AValenti@goodwinlaw.com
JZhang@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Jessie J. Rossman (BBO 670685)
Daniel L. McFadden (BBO 676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org

*Attorneys for Plaintiff*

## **Certificate of Service**

I certify that this document was served on all counsel of record through the Court's CM/ECF system.

*/s/ Robert Frederickson III*
Robert Frederickson III