# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEOFFREY PESCE, | ) | |
| | ) | C.A. No. 1:18-cv-11972-DJC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN F. COPPINGER, in his official | ) | |
| capacity as Essex County Sheriff, | ) | |
| AARON EASTMAN, in his official | ) | |
| capacity as Superintendent of the Essex | ) | |
| County House of Corrections - Middleton, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff and Defendants respectfully move for a stay of all proceedings in the above-captioned matter for sixty days until June 11, 2019.  As grounds for this motion, the parties state the following.

On September 19, 2018, Mr. Pesce initiated this action against Essex County Sheriff, Kevin Coppinger, and Superintendent of the Essex County House of Corrections – Middleton, Aaron Eastman. ECF No. 1.  Mr. Pesce alleged violations of the Eighth Amendment and the Americans with Disabilities Act, and sought declaratory and injunctive relief to require Defendants to provide him with access to his physician-prescribed methadone treatment for his opioid use disorder throughout his pending incarceration in Defendants' custody.  ECF No. 1. On November 26, 2018, this Court issued a preliminary injunction, ordering Defendants to provide Mr. Pesce with continued access to his physician-prescribed methadone treatment during his incarceration. ECF No. 57.

Mr. Pesce was taken into custody on February 15, 2019.  Defendants' provided him with continued access to his physician-prescribed methadone treatment throughout his incarceration. Mr. Pesce was released on April 12, 2019.  The parties now seek a stay to facilitate settlement discussions regarding attorney's fees and costs that they hope will resolve this matter.  The parties will provide the Court with a status update after the settlement discussions have taken place, and in any event no later than June 11, 2019.  If settlement is unsuccessful, the parties will submit a joint proposal regarding the remaining deadlines in this matter on or before June 11, 2019.

WHEREFORE, the parties respectfully request that the Court issue a sixty day stay of these proceedings until June 11, 2019.

Dated: April 12, 2019                                    Respectfully submitted,

/s/ *Robert Frederickson III*                   /s/ *Stephen C. Pfaff*
Robert Frederickson III (BBO 670111)     Stephen C. Pfaff (BBO 553057)
Michael Pickett (BBO 698618)                 Louison, Costello, Condon & Pfaff, LLP
Goodwin Procter LLP                              101 Summer Street, 4th Floor
100 Northern Avenue                              Boston, MA 02110
Boston, Massachusetts 02210                   (617) 439-0305
Tel.:  617.570.1000                                 spfaff@lccplaw.com
Fax.:  617.523.1231
RFrederickson@goodwinlaw.com
MPickett@goodwinlaw.com                     *Attorney for Defendants*

Ira Levy (*pro hac vice*)
Alexandra Valenti (*pro hac vice*)
Jenny Zhang (BBO 689838)
Goodwin Procter LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.:  212.813.8800
Fax.:  212.355.3333
ILevy@goodwinlaw.com
AValenti@goodwinlaw.com
JZhang@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Jessie J. Rossman (BBO 670685)
Daniel L. McFadden (BBO 676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org

*Attorneys for Plaintiff*

IT IS SO ORDERED this _____ day of _____, 2019.


                                                 _____
                                                 Hon. Denise J. Casper, U.S.D.J.

## Certificate of Service

I certify that this document was served on all counsel of record through the Court's CM/ECF system.

/s/ Robert Frederickson III
Robert Frederickson III