UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY PESCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN F. COPPINGER, et al.,<br><br>　　　　Defendants. | Civil Action No. 18-11972-DJC |

# JUDGMENT

Based upon the Court's prior order allowing Plaintiff's motion for preliminary injunction, D. 57, and prior October 27, 2020 order awarding attorneys' fees and costs to Plaintiff, D. 78, and now ALLOWING Defendants' motion for entry of judgment, D. 79, and ALLOWING Plaintiff's (unopposed) motion to enforce the order of attorneys' fees and costs, D. 80, to the following extent:

1. Judgment entered for Plaintiff;

2. Attorneys' fees awarded to Plaintiff in the amount of $227,601.00;

3. Costs of $2070.00 awarded to Plaintiff;

4. Post-judgment interest, as of October 27, 2020 through the date of payment, at the applicable rate of .13%;

5. Award $2349.00 in attorneys' fees to Plaintiff relating to the filing of D. 80; and

6. Defendants' payments of these fees and costs due to Plaintiff within fourteen (14) days of this Judgment.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Denise J. Casper
　　　　　　　　　　　　　　　　　　　　　　United States District Judge